# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOHN L. MCCLAIN AND MITCHELL PRINCE, | : No. 773 MAL 2014 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MICHAEL V. POWER AND THERESA POWER, | : |
| | : |
| | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.